UNITED STATES of America,
Plaintiff–Appellee

v.

Audrenn STARR, also known as Adrian
Gutierrez, Defendant–Appellant.

No. 11–50462

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 19, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before WIENER, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

United States Customs and Border Protection officers at the El Paso port of entry discovered drugs concealed on the person of Defendant–Appellant Audrenn Starr. The district court denied Starr's motion to suppress the drugs. Following a bench trial on stipulated facts, Starr was convicted of importation of methylenedioxymethamphetamine (MDMA) (Count One) and possession of MDMA with intent to distribute (Count Two). He contends on appeal that the district court should have granted the motion to suppress because the search, which involved lifting the hem of his untucked T-shirt approximately one inch, exceeded the acceptable limits of a routine border search.

We conclude that the district court did not err in concluding that the search of Starr's person, which took place in a private room and was conducted by a person of the same sex, did not exceed the scope of a routine border search. *See United States v. Kelly,* 302 F.3d 291, 294 (5th Cir.2002); *United States v. Sandler,* 644 F.2d 1163, 1167 (5th Cir.1981) (en banc).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.